**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANGEL RODRIGUEZ ISAQUI,**        Plaintiff | : : |
| v. | : No. 1:16-cv-2545 : : (Judge Kane) |
| **JOHN F. MARTIN & SONS, INC.,**        Defendant | : : (Magistrate Judge Saporito) : |

## ORDER

Before the Court in the above-captioned case is the December 28, 2016 Report and Recommendation of Magistrate Judge Saporito.  (Doc. No. 5.)  No timely objections have been filed.  **ACCORDINGLY**, on this 18th day of January 2017, upon review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 5), of Magistrate Judge Saporito; and

2. The above-captioned case is **TRANSFERRED**, pursuant to 28 U.S.C. § 1406(a), to the United States District Court for the Eastern District of Pennsylvania for further proceedings.

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania